UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY JEROME SCOTTS                                CIVIL ACTION

VERSUS                                               NO. 14-1113

LASALLE CORRECTIONAL CENTER                          SECTION "I"(2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Anthony Jerome Scotts for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 14th day of August, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE